I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/20/2010

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 20 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD STEPPE,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>SAN BERNARDINO COUNTY SHERIFF,<br><br>　　　　Respondent. | Case No. EDCV 10-0173-RSWL(RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 4-14-10

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 20 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE